COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GARY C. EVANS, | § | |
| | | No. 08-12-00204-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 162nd District Court |
| THE FROST NATIONAL BANK & | § | |
| COREY VAN TREASE, | | of Dallas County, Texas |
| | § | |
| Appellees. | § | (TC# 09-15818) |

**<u>MEMORANDUM OPINION</u>**

Pending before the Court is Appellant's motion to dismiss this appeal pursuant to TEX. R. APP.P. 42.1(a)(1).  Because Appellant no longer desires to prosecute the appeal, we grant the motion and dismiss the appeal.  Costs are assessed against Appellant.  *See* TEX.R.APP.P. 42.1(d).


GUADALUPE RIVERA, Justice

November 28, 2012

Before McClure, C.J., Rivera, J., and Antcliff, J.